UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

Richmond Division

RICHMOND DIVISION
FILED
NOV 5 2014
CLERK
U.S. BANKRUPTCY COURT

In Re: Lois A Yankah

Case Number: 12-35627-KLP

Debtor/Plaintiff

Chapter 7

Vs

Clifford J. Mack

Defendant

## REQUEST TO BE EXCUSED FROM COURT

The Undersigned debtor respectfully asks to be excused from court for the hearing scheduled today October 30, 2014 because a family emergency and by reason of the following;

1. Debtor called the court to inform Peggy Gibbs, court room deputy for Judge Keith Philips of her inability to be present prior to the hearing because this written document is unlikely to reach the court in time to be docketed before the case is called. She was informed a written document to support the phone call would be mailed.
2. Even if Debtor was able to attend the hearing she had no new evidence to present to the court in addition to what she had already presented.
3. The following documents, all originals has already been presented to and accepted by the court;
- List of all property she lost through disposition as a result of her security deposit been used to offset debt that was stayed instead of using it to pay for her property to be moved to the public way in the presence of the sheriff, or into a storage unit or paying to store the property in the unit whiles they agree on a mutually convenient time for both parties to remove her property as provided in Virginia Statue § 55-248.38:2. ;
- An affidavit declaring the fair market value of all property she lost
- A list of all property kept by defendant with the intent to use to offset debt explicitly stated in an email; another document presented to the court which was later returned
- Receipts of all clothing debtor had to buy immediately to have change of clothes as all she had was disposed of
- Academic transcripts to show Spring 2013 classes debtor was unable to complete as a result of all her textbooks and school supplies she lost during the week of finals through depositions which later turned to a grade of F.
- Debtor presented evidence to the court that her inability to recover school supplies and textbooks to complete those classes by September 2013 as set by the academic regulations

   automatically changes her grades from incomplete to fail and she has to retake the class all over again.
- Medical records to show diagnosis and medication for emotional distress, anxiety
- EEOC documents to show a pending investigation which sadly important documents in the unit was also disposed.
4. The same hearing been held today was ordered and held by Judge O. Tice Jnr
5. Debtor has already presented all evidence to this court and named all her damages
6. Honorable Judge O. Tice Jnr has already ruled and decided on the matter that using her security deposit to offset debt was an automatic stay violation.
7. Honorable Judge O. Tice Jnr has already ruled that debtor should be awarded damages as a result of the violation including punitive and emotional distress damages.
8. In the absence of any new evidence to be presented the court already has been presented with all the evidence debtor can provide to be awarded damages

Wherefore debtor asks this court to refer to court docket, records and transcripts of hearings presided over by Judge O. Tice Jnr for all evidence and proof of damages presented to the court to issue the order executing judgment and awarding damages and excuse her inability to appear for this hearing.

Respectfully Submitted

Lois A. Yankah

October 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing request was sent via U.S. Mail, postage prepaid and via email this 30 day of October 2014 to the following:

Robert Canfield

Canfield, Heller and Baer LLP

2201 Libbie Avenue, Suite 200

Richmond VA, 23230


Bruce H. Matson, Trustee

LeClair Ryan

Riverfront Plaza, East Tower

951 East Byrd St

Richmond VA 23218


Robert B. Van Arsdale

Office of US Trustee

701 East Broad St., Ste. 4304

Richmond VA 23219


Lois A. Yankah